UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH T GLAZE,<br><br>               Plaintiff,<br><br>    v.<br><br>STEPHEN DAANE, et al.,<br><br>               Defendants. | Case No. 21-cv-01093-JST<br><br>**ORDER OF DISMISSAL**<br>Re: ECF No. 21 |

On May 9, 2022, the Court received a letter from Plaintiff Isaiah Glaze asking that the Court "withdraw" this case as well as another case pending before the Court. ECF No. 21.

The Court construes Glaze's request as a notice of dismissal pursuant to Rule 41(a)(1)(A)(i). This case is dismissed without prejudice. The Clerk will close the file.

**IT IS SO ORDERED.**

Dated: May 12, 2022



JON S. TIGAR
United States District Judge